**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN YAN LUIS, on behalf of himself and all
others similarly situated,

                              Plaintiffs,

                  -against-

TRISTAR PRODUCTS INC., and SPECTRUM
BRANDS INC.

                              Defendant.

Docket No: 1:22-cv-01656-AT

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff KEVIN YAN LUIS, by and through counsel, to provide notice to the

Court that the present cause has been settled between the parties, and states:

1.  A settlement in principle has been reached between Plaintiff and Defendants and a
    settlement agreement ("Agreement") is in the process of being finalized. Once the
    Agreement is fully executed, and certain conditions have been fulfilled pursuant to the
    Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without
    costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and
    conferences, including Defendant's time to respond to the Complaint..

    Dated:    Queens, New York
              June 13, 2022

                                        Respectfully Submitted,

                                        **/s/ Noor A. Saab_____**
                              By:     Noor A. Saab Esq.
                                      380 North Broadway, Suite 300
                                      Jericho, New York 11753
                                      Tel (718)740-5060
                                      Fax (718)709-5912