UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,

                Plaintiffs,
-against-

TRISTAR, INC. and SPECTRUM BRANDS, INC.

                Defendant.

Case No.  1:22-cv-2454

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Jericho, New York
             June 17, 2022

Respectfully Submitted,

**/s/ Noor A. Saab**_____
By:    Noor A. Saab Esq.
       380 North Broadway, Suite 300
       Jericho, New York 11753
       Tel (718)740-5060
       Fax (718)709-5912
       *Attorney for Plaintiff*