**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/3/2022__

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

TRISTAR, INC. and SPECTRUM BRANDS, INC.

        Defendant.

Case No. 1:22-cv-2454

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Jericho, New York
           June 17, 2022

Respectfully Submitted,

**/s/ Noor A. Saab**

By:   Noor A. Saab Esq.
       380 North Broadway, Suite 300
       Jericho, New York 11753
       Tel (718)740-5060
       Fax (718)709-5912
       *Attorney for Plaintiff*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  August 3, 2022
         New York, New York

_____
GREGORY H. WOODS
United States District Judge